IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.: 24-465 (EGS) |
| v. | : | |
| BRENT MELDRUM, | : | |
| Defendant. | : | VIOLATIONS:<br>18 U.S.C. § 1752(a)(1)(Entering and Remaining in a Restricted Building or Grounds)<br>18 U.S.C. § 1752(a)(2)(Disorderly and Disruptive Conduct in a Restricted Building or Grounds)<br>40 U.S.C. § 5104(e)(2)(D)(Disorderly Conduct in a Capitol Building)<br>40 U.S.C. § 5104(e)(2)(G)(Parading, Demonstrating, or Picketing in a Capitol Building) |

FILED
OCT 24 2024
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Brent Meldrum (the "Defendant"), with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### The Attack at the U.S. Capitol on January 6, 2021

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 p.m.. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6.  At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7.  Shortly thereafter, at approximately 2:20 p.m., members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 p.m. after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *The Defendant's Actions Prior to January 6, 2021*

8.  The Defendant used Twitter to tweet and retweet multiple messages related to his intentions on January 6, 2021.

9.  On December 15, 2020, the Defendant retweeted a Tweet with an image of a screenshot which states "An electoral college vote for Biden today achieves nothing. It just

implicates the electors. This is a matter of national security and it will be dealth with as such. #BidenWillNeverBePresident".

10. On December 18, 2020, the Defendant retweeted a Tweet with an image of multiple Trump rallies. Tree of the images feature the U.S. Capitol building in the background. On the same day, the Defendant retweeted a tweet containing an image of a yellow traffic sign which says "Storm coming" and "warning".

11. On December 30, 2020, the Defendant retweeted former President Donald Trump's tweet, "JANUARY SIXTH, SEE YOU IN DC!"

12. On January 3, 2021, the Defendant retweeted an image titled "Operation Occupy the Capitol Taking back our country from corrupt politicians" The date on the image is January 6, 2021 at 12:00pm. The image further states "We the people are the rightful masters of both Congress and the courts, not to overthrown the Constitution but to overthrow the men who pervert the constitution". It uses the hashtags #WeAreTheStorm, #1776Rebel and #OccupyCapitols."

13. On January 6, 2021, the Defendant retweeted "MUST BE DONE LIST before Congress meets today: 1. Mike Pence @vp @Mike_Pence must resign & thereafter be charged with TREASON. 2. Rod Rosenstein @RodRosenstein must be arrested & charged with being accessory to murder & TREASON. 3. Chief Justice Roberts must RESIGN."

*The Defendant's Participation in the January 6, 2021, Capitol Riot*

14. Defendant entered the Capitol building through the Senate Wing Doors at approximately 3:06 p.m. on January 6, 2021. Defendant entered through a door that had been forced open by other rioters, and an alarm was sounding in the doorway. Windows on each side of the doorway had been broken and glass was on the ground.

15. Defendant turned right and advanced further into the building and into an area of the Capitol building called the Crypt. Defendant continued walking towards the House Wing of the building.

16. As Defendant advanced into the House Wing of the Capitol, Defendant approached a line of law enforcement officers. Defendant turned around and made his way back to the Crypt.

17. At approximately 3:15 p.m., Defendant entered the Crypt for the second time. Defendant remained in the Crypt for fifteen minutes. While he was in the Crypt, Defendant repeatedly raised his fist in the air and joined in chants with other rioters.

18. While Defendant was in the Crypt, law enforcement officers, some dressed in riot gear, formed a line on one side of the Crypt and began a push to get rioters to leave the Crypt and Capitol building. Defendant complied with commands and left the Crypt voluntarily. After exiting the Crypt, Defendant exited the Capitol building through the Memorial Door at approximately 3:33 p.m.

*The Defendant's Actions after January 6, 2021*

19. On January 7, 2021, the Defendant tweeted "The violent storm of the US Capitol building https://t.co/9iS1vc4VB2".

20. On January 8, 2021, the Defendant tweeted "They let us in".

***Elements of the Offense***

21. The parties agree that the offense of Disorderly Conduct in a Capitol Building or Grounds, in violation of 40 U.S.C. § 5104(e)(2)(D), requires the following elements:

   a. First, the defendant engaged in disorderly or disruptive conduct in any of the United States Capitol Buildings or Grounds;

b. Second, the defendant did so with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress;

c. Third, the defendant acted willfully and knowingly.

22. The parties agree that the offense of Parading, Demonstrating, or Picketing in a Capitol building, in violation of 40 U.S.C. § 5104(e)(2)(G), requires the following elements:

a. First, the defendant paraded, demonstrated, or picketed in any of the United States Capitol Buildings.

b. Second, the defendant acted willfully and knowingly.

### *Defendant's Acknowledgments*

23. The Defendant knowingly and voluntarily admits to the elements as set forth above. Specifically, Chambers admits that he engaged in disorderly or disruptive conduct inside the U.S. Capitol Building and that he engaged in such actions with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress.

24. The Defendant also admits that he willfully and knowingly entered the U.S. Capitol Building knowing that he did not have permission to do so, and that while inside the Capitol, he willfully and knowingly paraded, demonstrated, or picketed.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:/s/ *Taylor L. Fontan*
Taylor L. Fontan,
IN Bar No. 35690-53
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20001

Phone: (202) 815-8597
Email: Taylor.fontan@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I, Brent Meldrum, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 10/9/24

Brent Meldrum
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 10/9/24

Lance Sobelman
Attorney for Defendant

Date: 10/24/24

Andrew Stewart
Attorney for Defendant